United States District Court
Northern District of West Virginia
ELKINS DIVISION

Jonathan Lee Riches; Mike Jaccarino, and all others similarly situated,
Plaintiffs

1:08cv65

V.

James Gordon Meek; Celeste Katz,
Defendants

FILED
JAN 30 2008
U.S. DISTRICT COURT
ELKINS WV 26241

Class Action Suit Pursuant to Fed R. Civ P 20 & 23, 42 USC 1983 / Preliminary Injunction / TRO

Plaintiffs face a deliberate indifference under Farmer v. Brennan. Defendants work at the Bureau of Prisons and force Plaintiffs and inmates with overcrowding. Plaintiffs caught staph infection on 1-1-07 by Defendants neglect. Plaintiffs seek a transfer, a preliminary injunction against Prison Abuse.

Jonathan Lee Riches
Mike Jaccarino
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully